# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

ROBERT BROWN and KELSA BROWN,   )
   )
        Plaintiffs,   )
   )
v.   )   Case No. 05-5159-CV-SW-FJG
   )
FREEMAN HEALTH SYSTEM,   )
   )
        Defendant.   )

# ORDER

      Currently pending before the Court is defendant's Motion to Strike (Doc. # 35). Defendant seeks to strike two aspects of plaintiff's Second Amended Complaint: 1) plaintiff's request for a jury trial and 2) plaintiff's request for monetary relief for breach of fiduciary duty.

      Plaintiffs respond and state that they withdraw their request for a jury trial. With regard to the second issue, plaintiffs state that they are not alleging a cause of action under 29 U.S.C. § 1132(a), or the related section, 29 U.S.C. § 1109 for breach of fiduciary duty. Rather, plaintiffs state they are alleging a claim for recovery of benefits under 29 U.S.C. § 1132(a)(1)(B). Therefore, as plaintiff's have now clarified their claim, the Court sees no need to strike ¶ 28 of plaintiff's Second Amended Complaint. Therefore, the Court hereby **DENIES** defendant's Motion to Strike (Doc. # 35).


Date: February 23, 2006          **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri          Fernando J. Gaitan, Jr.
                             United States District Judge